IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK DAVID WEAVER                                                               PLAINTIFF

         v.           Civil No. 09-5053

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. CARLTON; DEPUTY ROLAND;
DEPUTY RANKIN; DEPUTY WRIGHT;
and DEPUTY WALES                                                                DEFENDANTS

**O R D E R**

Now on this 11th day of May, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #33), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is hereby **dismissed.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE